UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KELLY MARIE R.,                                        :
                                                       :
                                                       :   **CONSENT ORDER AWARDING**
                 Plaintiff,                            :   **ATTORNEY'S FEES UNDER THE**
                                                       :   **EQUAL ACCESS TO JUSTICE ACT**
     v.                                                :   **(EAJA), 28 U.S.C. § 2412(d)**
                                                       :
MARTIN O'MALLEY,                                       :
Commissioner Social Security,                          :
                                                       :
                                                       :   3:23-cv-00858-FJS-TWD
                 Defendant.                            :
-------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $8,079.53 (eight thousand and seventy-nine dollars and fifty-three cents) for attorney fees, and costs in the amount of $0.00 (zero dollars and zero cents) pursuant to 28 U.S.C. § 1920. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

    It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer his rights to EAJA fees to his attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

    AND, the Court having reviewed this matter,

    IT IS on this ____3rd_____ day of __June_____, 20_24____;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

The undersigned hereby consent to the form and entry of the within order.

CARLA B. FREEDMAN
United States Attorney
Northern District of New York
Attorney for Defendant

By: /s/ Fergus Kaiser
Fergus Kaiser
Special Assistant U.S. Attorney
Northern District of New York
Office of Program Litigation, Office 2
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2049
Email: fergus.kaiser@ssa.gov


LAW OFFICES OF KENNETH HILLER, PLLC
*Attorney for Plaintiff*

By: /s/ Justin M. Goldstein
Justin Goldstein
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue - Suite 1A
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884
Email: jgoldstein@kennethhiller.com